1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                    FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8   WILLIAM BROWN,                          Case No.  1:13-cv-02084-AWI-BAM (PC)

9              Plaintiff,                    ORDER REGARDING PLAINTIFF'S
                                             MOTION SEEKING STATUS REPORT
10       v.                                  [ECF No. 80]

11  W. RASLEY,

12             Defendant.

13

14          Plaintiff William Brown is a state prisoner proceeding *pro se* and *in forma pauperis* in this

15  civil rights action pursuant to 42 U.S.C. § 1983.

16          Currently before the Court is Plaintiff's motion for a status report, filed on May 1, 2018.

17  As Plaintiff is aware, Defendant filed a motion for summary judgment pursuant to Federal Rule

18  of Civil Procedure 56 for the failure to exhaust administrative remedies and the failure to file a

19  claim with the California Government Claims Program, on December 28, 2017. (ECF No. 61.)

20  On February 5, 2018, Plaintiff filed an opposition and a declaration in support. (ECF Nos. 66,

21  71.) On February 12, 2018, Defendant filed a reply to Plaintiff's opposition. (ECF No. 75.) The

22  Court will issue a further order on this pending motion in due course.
    IT IS SO ORDERED.
23

24      Dated:   **May 8, 2018**                   /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE
25

26

27

28